# SWORN AFFIDAVIT

Concerning the Case(s) styled as follows:

---

**IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA**

STATE OF FLORIDA,
   Plaintiff,

Vs.

DANIEL LECLERC A.,
   Defendant.

Case No.: 19-CF-8114
          19-CF-8636
          19-CF-11582

---

## Manifest Injustice

    The Defendant in the above three (3) cases is filing this "Sworn Affidavit," as a complaint of, "Manifest Injustice" against, Judge Jeb T. Branham of, the Circuit Court of the 4th Judicial Circuit in and for Duval County, Florida, in Courtroom 408.

    "Circuit Court Judge Jeb T. Branham has shown a direct and obvious disregard for State & Federal Constitutional Rights of the Defendant. He has made observable errors that are very prejudicial to the Defendant and he does not act impartial but rather, he shows favor to the State and even leads the state into action. Circuit Court Judge Jeb T. Branham has purposefully lied to the Defendant (in violation of, Fla. Stat. §837.02(2)) in the attempt to, mislead him in litigating the three (3) above cases pro-se. Circuit Court Judge Jeb T. Branham has shown a personal interest in the Defendant's case(s) and refuses to recuse himself from the case(s) even though, the Defendant has filed two (2) motion(s) to disqualify judge! His actions have caused irreversible damage to the Defendant's case(s)! The Defendant is in fear that, if the three (3) above case(s) go to trial under Judge Branham, he will not receive a fair trial. Even if the three (3) above case(s) were to go to trial under a different lower tribunal, Judge Branham's past actions [has] caused damage that would not allow the Defendant a true fair trial. Everything that the Defendant asserts in this sworn Affidavit, he has [proof], the Defendant can even prove that, the Court lacks subject matter jurisdiction

and Judge Jeb T. Branham [has] been made aware of the issue but, he refuses to dismiss the case(s). Circuit Court Judge Jeb T. Branham's actions do amount to a case of Manifest Injustice and he should be investigated. The Defendant has filed two (2) Complaints against Judge Jeb T. Branham with the Florida Judicial Qualification Commission but, they have shot down both of the complaints stating the complaints have no merit. Again, everything the Defendant is asserting/claiming in this sworn Affidavit of manifest injustice, he has proof of. The Defendant is pleading for justice."

Please Help

(Note: the Defendant is filing a 1983 law suit against the person at issue, Circuit Court Judge Jeb T. Branham, the proper paper-work is being drafted up.)

<u>Fla. Stat. § 92.525</u>   "Under penalty of perjury, I declare that I have read the foregoing and the facts stated in it are true and correct."

/s/ D.P. L.
Daniel LeClerc

DATE: 03/20/24

<u>NOTARY</u>

The State of Florida and County of Duval

Acknowledgement:
/s/ D.P. L.
Daniel LeClerc

The above sworn Affidavit was acknowledged before me on this 20th day of March 2024, by LeClerc, Daniel.

Personally Known ___
or
Produced Identification ✓; Type: Jail ID.

— (NOTARY SEAL) —

**MATT HINES**
Notary Public, State of Florida
My Comm. Expires 09/26/2025
Commission No. HH179276

/s/ M. Hines   73332
/p/ M. Hines   73332

Page 2 of 2