UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL ALLEN LECLERC,

        Plaintiff,

v.                                                  Case No. 3:24-cv-300-WWB-PDB

JUDGE JEB T. BRANHAM,

        Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, a detainee of the Duval County Jail, is proceeding *pro se*. Plaintiff filed a document titled "Sworn Affidavit" (Doc. 1) dated March 20, 2024, in which he alleges that Judge Branham of the Fourth Judicial Circuit in and for Duval County is disregarding the law, not being impartial, and made "observable errors that are very prejudicial" to the Plaintiff. He says he intends to file a civil rights action under 42 U.S.C. § 1983.

Plaintiff has not properly initiated a case under Federal Rule of Civil Procedure 3 ("A civil action is commenced by filing a complaint with the court."). Plaintiff is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to name the defendants he intends to sue, disclose his litigation history, describe his claims and facts, and state the relief he seeks. Here, Plaintiff has not filed a complaint, nor has he provided the Court with all the information required by the civil rights complaint form.

Additionally, Plaintiff should know that a judge is absolutely immune from suit for damages for acts taken in his or her judicial capacity, even when such acts "are in error, malicious, or were in excess of his or her jurisdiction." *Bolin v. Story*, 225 F.3d 1234, 1239 (11th Cir. 2000).

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** in Jacksonville, Florida, on March 26, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 3/26

Copies to:
Daniel Allen LeClerc, #2019021114